■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BRYANT, Appellant. [970 NYS2d 468]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Reichbach, J.), imposed August 23, 2010, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

Contrary to the defendant's contention, the resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Chambers and Austin, JJ., concur.